IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DEANNA MURRAY, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV415-009
 )
PROFESSIONAL ACCOUNT SERVICES, )
INC., d/b/a Pasi, )
 )
    Defendant. )
 )

## O R D E R

Before the Court is Plaintiff DeAnna Murray's Notice of Voluntary Dismissal. (Doc. 5.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITH PREJUDICE** with each party to bear its own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ND day of March 2015.

    WILLIAM T. MOORE, JR.
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA